IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAWRENCE D. RAILBACK, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES L. SAFFLE, *et al.*, ) <br> ) <br> Defendants. ) | Case No. CIV-00-1740-L |

## **O R D E R**

Plaintiff Lawrence D. Railback, Jr., an Oklahoma prisoner appearing *pro se*, filed a motion seeking "leave to file an appeal out of time" in this case. Doc. No. 7. The motion was referred to Magistrate Judge Charles B. Goodwin, and on March 24, 2016, Judge Goodwin entered his Report and Recommendation in which he recommends that Mr. Railback's motion be denied.

The court file reflects that no objection was filed to the Report and Recommendation within the time limit set forth in the Report and Recommendation.[1] Upon *de novo* review, the court finds that the Magistrate Judge's reasoning is sound, and the Report and Recommendation should be and is hereby adopted in its entirety. Accordingly, Mr. Railback's *pro se* motion seeking "leave to file an appeal out of time" in this case **[Doc. No. 7]** should be

---

[1] The record reflects that a copy of the Report and Recommendation was mailed to Mr. Railback.

and is hereby **DENIED.**

It is so ordered this 3rd day of May, 2016.

_____
TIM LEONARD
United States District Judge